| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-AA3<br><br>In Re:<br>      Campbell, Angelica | Order Filed on October 24, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:   13-15214 RG<br><br>Chapter: 13<br><br>Hearing Date: 10/19/2016<br>Judge: Rosemary Gambardella |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 24, 2016**

                                                                                                                            */s/ Rosemary Gambardella*<br>
                                                                                                                  Honorable Rosemary Gambardella<br>
                                                                                                                   United States Bankruptcy Judge

[Type text]

Upon the motion of <u>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-AA3</u> under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot , Block ,   13506 Kibworth Lane, Charlotte  NC 28273**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

```
                         United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                       Case No. 13-15214-RG
Angelica Campbell                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1              Date Rcvd: Oct 25, 2016
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2016.
db             +Angelica Campbell,    80 Washington Court,    Towaco, NJ 07082-1267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2016 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING AS THE SERVICER OF THE TRUST
               CITIBANK, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF SACO I TRUST 2006-7, MORTGAGE-BACKED
               CERTIFICATES, SERIES 2006-7 nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ocwen Loan Servicing LLC nj.bkecf@fedphe.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Doing Business as
               Christiana Trust, Not In Its Individual Capacity, But Solely As Trustee For BCAT 2014-11TT
               bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    Astoria Federal Savings and Loan Association
               bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              David H. Lipow    on behalf of Creditor    Astoria Federal Savings and Loan Association
               bkecf@milsteadlaw.com,    dlipow@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               Et Al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John A. Lipowski    on behalf of Debtor Angelica  Campbell jal1001@aol.com
              John Philip Schneider    on behalf of Creditor    Ocwen Loan Servicing, LLC, servicer for
               Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for
               SACO I Trust 2006-7, Mortgage-Backed Certificates, Series 2006-7 nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, Et Al... jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Matthew C. Waldt    on behalf of Creditor    DLJ Mortgage Capital, Inc mwaldt@milsteadlaw.com
              Ryan A. Gower    on behalf of Creditor    Astoria Federal Savings and Loan Association
               bkecf@milsteadlaw.com
                                                                                              TOTAL: 13