| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number: 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT (MR 7505) | Case No.: 13-15214-RG   **Order Filed on November 22, 2016**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Chapter 13<br><br>Judge: Rosemary Gambardella |
| **In Re:**<br><br>ANGELICA CAMPBELL,<br><br>   Debtor. | |

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: November 22, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2**

Debtors: ANGELICA CAMPBELL
Case No.: 13-15214-RG
Caption of Order: **Order Directing Redaction of Personal Information**

_____

The court having reviewed the Application Requesting Redaction of Personal Information filed

in this case by GREEN TREE SERVICING LLC, and regarding the following documents:

a.   Proof of Claim, filed on September 24, 2013, as Claim 10-2 on the Claim Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's

public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document

must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day

after its entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-15214-RG
Angelica Campbell                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 23, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2016.
db              +Angelica Campbell,   80 Washington Court,   Towaco, NJ 07082-1267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2016 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING AS THE SERVICER OF THE TRUST
           CITIBANK, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF SACO I TRUST 2006-7, MORTGAGE-BACKED
           CERTIFICATES, SERIES 2006-7 nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    Ocwen Loan Servicing LLC nj.bkecf@fedphe.com
          Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Doing Business as
           Christiana Trust, Not In Its Individual Capacity, But Solely As Trustee For BCAT 2014-11TT
           bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Andrew M. Lubin    on behalf of Creditor    Astoria Federal Savings and Loan Association
           bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          David H. Lipow    on behalf of Creditor    Astoria Federal Savings and Loan Association
           bkecf@milsteadlaw.com,  dlipow@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
           Et Al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
           New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
           cmecf@sternlav.com
          John A. Lipowski    on behalf of Debtor Angelica  Campbell jal1001@aol.com
          John Philip Schneider    on behalf of Creditor    Ocwen Loan Servicing, LLC, servicer for
           Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for
           SACO I Trust 2006-7, Mortgage-Backed Certificates, Series 2006-7 nj.bkecf@fedphe.com
          Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
           York, Et Al... jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Doing Business as
           Christiana Trust, Not In Its Individual Capacity, But Solely As Trustee For BCAT 2014-11TT
           kbo@kkelaw.com,  nmm@kkelaw.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Matthew C. Waldt    on behalf of Creditor    DLJ Mortgage Capital, Inc mwaldt@milsteadlaw.com
          Miriam Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC mrosenblatt@rasflaw.com
          Ryan A. Gower    on behalf of Creditor    Astoria Federal Savings and Loan Association
           bkecf@milsteadlaw.com
                                                                               TOTAL: 16