| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number: 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT (MR 7505) | Case No.: 13-15214-RG<br><br>Chapter 13<br><br>Judge: Rosemary Gambardella |
| **In Re:**<br><br>ANGELICA CAMPBELL,<br><br>   Debtor. | |

## CERTIFICATION OF SERVICE

1. I, Miriam J. Rosenblatt, represent GREEN TREE SERVICING LLC in this matter.

2. On November 28, 2016, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED: November 28, 2016

   **Robertson, Anschutz & Schneid, P.L.**
   6409 Congress Ave., Suite 100
   Boca Raton, FL 33487
   Telephone Number: 561-241-6901
   E-mail: mrosenblatt@rasflaw.com

   By: /s/ *Miriam J. Rosenblatt*
   MIRIAM J. ROSENBLATT, Esquire
   NJ Bar Number: MR 7505


16-209155 - AsA



13 -15214
CAMPBELL, A
Certification of Service

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Angelica Campbell<br>80 Washington Court<br>Towaco, NJ 07082 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court*) |
| John A. Lipowski<br>60 Washington St.<br>PO Box 204<br>Morristown, NJ 07963 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other _____<br>(as authorized by the court*) |

16-209155 - AsA