UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JOHN A. LIPOWSKI, ESQ.  (JAL-5713)
60 Washington Street
PO Box 204
Morristown, NJ 07963-0204
(973) 540-9127
(973) 540-9128 (fax)
jal1001@aol.com

Order Filed on December 22, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Angelica CAMPBELL,
                                Debtor

Case No.:    13-15214

Chapter:    13

Judge:    RG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 22, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____John A. Lipowski, Esq._____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____400.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____2,361.00_____ per month for __15 remaining__ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-15214-RG
Angelica Campbell                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1           Date Rcvd: Dec 23, 2016
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2016.
db             +Angelica Campbell,   80 Washington Court,   Towaco, NJ 07082-1267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2016 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING AS THE SERVICER OF THE TRUST CITIBANK, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF SACO I TRUST 2006-7, MORTGAGE-BACKED CERTIFICATES, SERIES 2006-7 nj.bkecf@fedphe.com
      Andrew L. Spivack    on behalf of Creditor    Ocwen Loan Servicing LLC nj.bkecf@fedphe.com
      Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Doing Business as Christiana Trust, Not In Its Individual Capacity, But Solely As Trustee For BCAT 2014-11TT bkecf@milsteadlaw.com, alubin@milsteadlaw.com
      Andrew M. Lubin    on behalf of Creditor    Astoria Federal Savings and Loan Association bkecf@milsteadlaw.com, alubin@milsteadlaw.com
      Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkecf@milsteadlaw.com, alubin@milsteadlaw.com
      David H. Lipow    on behalf of Creditor    Astoria Federal Savings and Loan Association bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
      Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jeanette F. Frankenberg    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 cmecf@sternlav.com
      John A. Lipowski    on behalf of Debtor Angelica  Campbell jal1001@aol.com
      John Philip Schneider    on behalf of Creditor    Ocwen Loan Servicing, LLC, servicer for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for SACO I Trust 2006-7, Mortgage-Backed Certificates, Series 2006-7 nj.bkecf@fedphe.com
      Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Doing Business as Christiana Trust, Not In Its Individual Capacity, But Solely As Trustee For BCAT 2014-11TT kbo@kkelaw.com, nmm@kkelaw.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Matthew C. Waldt    on behalf of Creditor    DLJ Mortgage Capital, Inc mwaldt@milsteadlaw.com
      Miriam Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC mrosenblatt@rasflaw.com
      Ryan A. Gower    on behalf of Creditor    Astoria Federal Savings and Loan Association bkecf@milsteadlaw.com
                                                                                                        TOTAL: 16