Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/12/2017

**Chapter 13 Case # 13-15214**

Re:    ANGELICA CAMPBELL                                 Atty:   JOHN A. LIPOWSKI, ESQ.
       80 WASHINGTON COURT                                            60 WASHINGTON STREET
       TOWACO, NJ  07082                                                      PO BOX 204
                                                                                          MORRISTOWN, NJ  07963-0204

**NOTE:   THIS IS A BASE PLAN IN THE AMOUNT OF $141,048.00**

### RECEIPTS AS OF 01/12/2017                           (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/03/2013 | $1,000.00 | 20232513753 | 04/03/2013 | $1,000.00 | 20232513742 |
| 04/03/2013 | $700.00 | 20232513764 | 05/07/2013 | $1,000.00 | 20232515136 |
| 05/07/2013 | $700.00 | 20232515147 | 05/07/2013 | $1,000.00 | 20232515158 |
| 06/04/2013 | $1,000.00 | 20232516341 | 06/04/2013 | $1,000.00 | 20232516330 |
| 06/04/2013 | $331.00 | 20232516352 | 07/03/2013 | $1,000.00 | 20232518466 |
| 07/03/2013 | $1,000.00 | 20232518455 | 07/03/2013 | $331.00 | 20232518444 |
| 08/07/2013 | $331.00 | 20232517702 | 08/07/2013 | $1,000.00 | 20232517691 |
| 08/07/2013 | $1,000.00 | 20232517680 | 09/10/2013 | $1,000.00 | 20232521302 |
| 09/10/2013 | $1,000.00 | 20232521291 | 09/10/2013 | $331.00 | 20232521313 |
| 10/08/2013 | $1,000.00 | 20232522731 | 10/08/2013 | $331.00 | 20232522753 |
| 10/08/2013 | $1,000.00 | 20232522742 | 11/12/2013 | $1,000.00 | 20232523732 |
| 11/12/2013 | $1,000.00 | 20232523743 | 11/12/2013 | $331.00 | 20232523754 |
| 12/10/2013 | $1,000.00 | 21524490101 | 12/10/2013 | $1,000.00 | 21524490112 |
| 12/10/2013 | $331.00 | 21524490123 | 01/10/2014 | $1,000.00 | 21524491912 |
| 01/10/2014 | $1,000.00 | 21524491923 | 01/10/2014 | $331.00 | 21524491934 |
| 02/07/2014 | $1,000.00 | 21524492812 | 02/07/2014 | $1,000.00 | 21524492823 |
| 02/07/2014 | $331.00 | 21524492834 | 03/12/2014 | $1,000.00 | 21524493723 |
| 03/12/2014 | $1,000.00 | 21524493734 | 03/12/2014 | $331.00 | 21524493745 |
| 04/08/2014 | $1,000.00 | 21524496772 | 04/08/2014 | $1,000.00 | 21524496783 |
| 04/08/2014 | $331.00 | 21524496794 | 05/12/2014 | $331.00 | 21524495995 |
| 05/12/2014 | $1,000.00 | 21524495973 | 05/12/2014 | $1,000.00 | 21524495984 |
| 06/16/2014 | $1,000.00 | 21524499382 | 06/16/2014 | $1,000.00 | 21524499393 |
| 06/16/2014 | $331.00 | 21524499404 | 07/14/2014 | $1,000.00 | 21524499887 |
| 07/14/2014 | $1,000.00 | 21524499898 | 07/14/2014 | $331.00 | 21524499900 |
| 08/15/2014 | $1,000.00 | 22127071770 | 08/15/2014 | $1,000.00 | 22127071781 |
| 08/15/2014 | $331.00 | 22127071792 | 09/22/2014 | $1,000.00 | 22127073322 |
| 09/22/2014 | $331.00 | 22127073311 | 09/22/2014 | $1,000.00 | 22127073333 |
| 10/24/2014 | $1,000.00 | 22127074053 | 10/24/2014 | $1,000.00 | 22127074064 |
| 10/24/2014 | $331.00 | 22127074075 | 11/21/2014 | $331.00 | 22436245091 |
| 11/21/2014 | $1,000.00 | 22436245102 | 11/21/2014 | $1,000.00 | 22436245113 |

**Chapter 13 Case # 13-15214**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/30/2014 | $1,000.00 | 22436245596 | 12/30/2014 | $331.00 | 22436245585 |
| 12/30/2014 | $1,000.00 | 22436245607 | 02/10/2015 | $1,000.00 | 22436247554 |
| 02/10/2015 | $1,000.00 | 22436247565 | 02/10/2015 | $331.00 | 22436247576 |
| 02/17/2015 | $2,331.00 | 1916724000 - | 03/25/2015 | $2,331.00 | 2003658000 - |
| 04/24/2015 | $2,331.00 | 2074220000 - | 05/21/2015 | $2,331.00 | 2137925000 - |
| 06/25/2015 | $2,331.00 | 2218906000 - | 07/29/2015 | $2,331.00 | 2299314000 - |
| 08/31/2015 | $2,331.00 | 2374182000 - | 09/28/2015 | $2,331.00 | 2436463000 - |
| 10/26/2015 | $2,331.00 | 2508986000 - | 11/30/2015 | $2,331.00 | 2589251000 - |
| 01/06/2016 | $2,331.00 | 2681813000 - | 02/01/2016 | $2,331.00 | 2739422000 - |
| 02/26/2016 | $2,331.00 | 2807484000 - | 04/04/2016 | $2,331.00 | 2901580000 - |
| 05/12/2016 | $2,331.00 | 3006135000 - | 06/06/2016 | $2,331.00 | 3069759000 - |
| 06/28/2016 | $2,331.00 | 3120054000 - | 07/27/2016 | $2,331.00 | 3194179000 - |
| 08/30/2016 | $2,331.00 | 3279717000 - | 09/30/2016 | $2,331.00 | 3360669000 - |
| 11/01/2016 | $2,331.00 | 3443612000 - | 12/02/2016 | $2,331.00 | 3519284000 - |
| 12/29/2016 | $2,331.00 | 3587373000 - | | | |

**Total Receipts: $105,633.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $105,633.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/12/2017

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ASTORIA FEDERAL SAVINGS AND LOAN | | | | | | |
| | 08/09/2013 | $6,884.83 | 685,054 | 12/16/2013 | $8,773.88 | 694,309 |
| | 01/16/2014 | $2,193.47 | 696,449 | 02/11/2014 | $2,193.47 | 698,776 |
| | 03/17/2014 | $2,193.47 | 700,924 | 04/17/2014 | $2,193.47 | 703,338 |
| | 05/19/2014 | $2,212.12 | 705,831 | 06/16/2014 | $2,212.12 | 708,140 |
| | 07/14/2014 | $2,212.12 | 710,242 | 08/18/2014 | $2,212.12 | 712,489 |
| | 09/08/2014 | $2,212.12 | 714,803 | | | |
| DLJ MORTGAGE CAPITAL INC | | | | | | |
| | 10/09/2014 | $2,221.44 | 716,508 | 11/13/2014 | $2,221.44 | 718,800 |
| | 12/15/2014 | $2,221.44 | 721,091 | 01/20/2015 | $2,221.44 | 723,650 |
| Marie-Ann Greenberg | | | | | | |
| | 08/09/2013 | $352.17 | 8,000,027 | 12/16/2013 | $550.12 | 8,000,043 |
| | 01/16/2014 | $137.53 | 8,000,047 | 02/11/2014 | $137.53 | 8,000,051 |
| | 03/17/2014 | $137.53 | 8,000,055 | 04/17/2014 | $137.53 | 8,000,059 |
| | 05/19/2014 | $118.88 | 8,000,063 | 06/16/2014 | $118.88 | 8,000,067 |
| | 07/14/2014 | $118.88 | 8,000,071 | 08/18/2014 | $118.88 | 8,000,075 |
| | 09/08/2014 | $118.88 | 8,000,079 | | | |
| SELENE FINANCE LP | | | | | | |
| | 05/18/2015 | $6,664.32 | 732,633 | 06/15/2015 | $2,221.44 | 734,710 |
| | 07/20/2015 | $2,221.44 | 736,918 | 08/10/2015 | $2,242.42 | 738,900 |
| | 09/14/2015 | $2,242.42 | 740,938 | 10/19/2015 | $2,242.42 | 743,109 |
| | 11/16/2015 | $2,242.42 | 745,137 | 12/17/2015 | $2,202.79 | 747,131 |
| | 01/19/2016 | $2,202.79 | 749,201 | 02/16/2016 | $2,202.79 | 751,189 |
| | 03/21/2016 | $2,202.79 | 753,205 | 04/18/2016 | $2,202.79 | 755,243 |
| | 05/13/2016 | $2,202.79 | 757,184 | 06/20/2016 | $2,202.79 | 759,186 |
| | 07/18/2016 | $2,202.79 | 761,172 | 08/15/2016 | $2,202.79 | 763,043 |
| | 09/19/2016 | $2,202.79 | 765,075 | 10/17/2016 | $2,202.79 | 766,977 |
| | 11/15/2016 | $2,331.00 | 768,910 | 12/19/2016 | $1,793.47 | 770,853 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 5,210.07 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,225.00 | 100.00% | 2,825.00 | 400.00 |

**Chapter 13 Case # 13-15214**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN HOME BANK, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | NATIONSTAR MORTGAGE LLC | MTG SURRENDER | 0.00 | 100.00% | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CHL HOLDINGS | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | OCWEN LOAN SERVICING LLC | MTG SURRENDER | 0.00 | 100.00% | 0.00 | |
| 0006 | OCWEN LOAN SERVICING | MTG SURRENDER | 0.00 | 100.00% | 0.00 | |
| 0007 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 2,460.67 | * | 0.00 | |
| 0008 | SELENE FINANCE LP | MORTGAGE ARR | 117,265.96 | 100.00% | 92,810.99 | |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 87.75 | * | 0.00 | |
| 0010 | PMI MORTGAGE INSURANCE CO | UNSECURED | 27,132.61 | * | 0.00 | |
| 0011 | RESORTS USA | SECURED | 0.00 | 100.00% | 0.00 | |
| 0012 | TARGET | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | THE L & L COMPANY | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | WELLS FARGO BANK | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | |
| 0017 | NATIONSTAR MORTGAGE LLC | MTG SURRENDER | 0.00 | 100.00% | 0.00 | |
| 0018 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,400.90 | * | 0.00 | |
| 0019 | WELLS FARGO OPERATIONS CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | DITECH FINANCIAL LLC | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $100,846.06**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2017.

Receipts: $105,633.00    -    Paid to Claims: $92,810.99    -    Admin Costs Paid: $8,035.07    =    Funds on Hand: $4,786.94

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER     VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.