| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Karen B. Olson, Esq.<br>Knuckles, Komosinski & Manfro, LLP<br>50 Tice Boulevard, Suite 183<br>Woodcliff Lake, NJ 07677<br>Phone: (201) 391-0370<br>E-Fax (201) 781-6744<br>kbo@kkmllp.com | Order Filed on January 19, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Angelica Campbell, | Case No.:     13-15214-RG<br>Chapter:      13<br>Hearing Date: December 7, 2016<br>Judge:        Rosemary Gambardella |

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 19, 2017**

/s/ Rosemary Gambardella
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

THIS MATTER having been brought before the Court by Karen B. Olson, Esq. attorney for Selene Finance LP, as servicer for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-11TT ("Secured Creditor"), upon filing of a Motion for Relief from Stay, and Angelica Campbell ("Debtor"), by and through her attorney John A. Lipowski, having subsequently resolved their differences; and the court noting the consent of the parties to the form, substance an entry of the within Order; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. The automatic stay as it applies to Secured Creditor with respect to real property commonly known as **80 Washington Court, Township of Montville, NJ 07082** is to remain in effect.

2. Debtors owe to Creditor $2,972.63, which consists of two (2) payments in the amount of $2,454.05 each ($4908.10) from November 1, 2016 through December 1, 2016; less funds held in suspense in the amount of $1,935.47.

3. Debtor shall have ninety (90) days from the date of entry of this Order to cure all arrears owed to Secured Creditor while maintaining her monthly mortgage payments.

4. If the Debtor fails to cure the arrears within ninety (90) days of entry of this Order or fails to remit her regular monthly mortgage payments within fifteen (15) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

**Award of Attorney's Fees:**

The Applicant is awarded attorney's fees of $350 and costs of $176.00

**Ordered** that this Consent Order shall survive any conversion of Debtor's petition.

Dated: 1/5/17

Dated: 01-04-17

_____
Karen B. Olson, Esq.
Attorney for Secured Creditor

_____
John A. Liposwki, Esq.
Attorney for Debtor