| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Karen B. Olson, Esq.<br>Knuckles, Komosinski & Manfro, LLP<br>50 Tice Boulevard, Suite 183<br>Woodcliff Lake, NJ 07677<br>Phone: (201) 391-0370<br>E-Fax (201) 781-6744<br>kbo@kkmllp.com<br><br>In Re:<br><br>Angelica Campbell, | Order Filed on January 19, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>Case No.:    13-15214-RG<br>Chapter:    13<br>Hearing Date:    December 7, 2016<br>Judge:    Rosemary Gambardella |
|---|---|

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: January 19, 2017

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

THIS MATTER having been brought before the Court by Karen B. Olson, Esq. attorney for Selene Finance LP, as servicer for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-11TT ("Secured Creditor"), upon filing of a Motion for Relief from Stay, and Angelica Campbell ("Debtor"), by and through her attorney John A. Lipowski, having subsequently resolved their differences; and the court noting the consent of the parties to the form, substance an entry of the within Order; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. The automatic stay as it applies to Secured Creditor with respect to real property commonly known as **80 Washington Court, Township of Montville, NJ 07082** is to remain in effect.

2. Debtors owe to Creditor $2,972.63, which consists of two (2) payments in the amount of $2,454.05 each ($4908.10) from November 1, 2016 through December 1, 2016; less funds held in suspense in the amount of $1,935.47.

3. Debtor shall have ninety (90) days from the date of entry of this Order to cure all arrears owed to Secured Creditor while maintaining her monthly mortgage payments.

4. If the Debtor fails to cure the arrears within ninety (90) days of entry of this Order or fails to remit her regular monthly mortgage payments within fifteen (15) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

2

**Award of Attorney's Fees:**

The Applicant is awarded attorney's fees of $350 and costs of $176.00

**Ordered** that this Consent Order shall survive any conversion of Debtor's petition.

Dated: 1/5/17

Dated: 01-04-17

Karen B. Olson, Esq.
Attorney for Secured Creditor

John A. Liposwki, Esq.
Attorney for Debtor

3

United States Bankruptcy Court
District of New Jersey

In re:  
Angelica Campbell  
    Debtor

Case No. 13-15214-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 20, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2017.  
db         +Angelica Campbell,    80 Washington Court,    Towaco, NJ 07082-1267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                                                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2017 at the address(es) listed below:
            Andrew L. Spivack     on behalf of Creditor     OCWEN LOAN SERVICING AS THE SERVICER OF THE TRUST CITIBANK, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF SACO I TRUST 2006-7, MORTGAGE-BACKED CERTIFICATES, SERIES 2006-7 nj.bkecf@fedphe.com
            Andrew L. Spivack     on behalf of Creditor     Ocwen Loan Servicing LLC nj.bkecf@fedphe.com
            Andrew M. Lubin     on behalf of Creditor     Wilmington Savings Fund Society, FSB, Doing Business as Christiana Trust, Not In Its Individual Capacity, But Solely As Trustee For BCAT 2014-11TT bkecf@milsteadlaw.com, alubin@milsteadlaw.com
            Andrew M. Lubin     on behalf of Creditor     Astoria Federal Savings and Loan Association bkecf@milsteadlaw.com, alubin@milsteadlaw.com
            Andrew M. Lubin     on behalf of Creditor     Wilmington Savings Fund Society, FSB bkecf@milsteadlaw.com, alubin@milsteadlaw.com
            David H. Lipow     on behalf of Creditor     Astoria Federal Savings and Loan Association bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
            Denise E. Carlon     on behalf of Creditor     The Bank of New York Mellon f/k/a The Bank of New York, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
            Jeanette F. Frankenberg     on behalf of Creditor     The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 cmecf@sternlav.com
            John A. Lipowski     on behalf of Debtor Angelica Campbell jal1001@aol.com
            John Philip Schneider     on behalf of Creditor     Ocwen Loan Servicing, LLC, servicer for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for SACO I Trust 2006-7, Mortgage-Backed Certificates, Series 2006-7 nj.bkecf@fedphe.com
            Joshua I. Goldman     on behalf of Creditor     The Bank of New York Mellon f/k/a The Bank of New York, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
            Karen B. Olson     on behalf of Creditor     Wilmington Savings Fund Society, FSB, Doing Business as Christiana Trust, Not In Its Individual Capacity, But Solely As Trustee For BCAT 2014-11TT kbo@kkelaw.com, nmm@kkelaw.com
            Marie-Ann Greenberg     magecf@magtrustee.com
            Matthew C. Waldt     on behalf of Creditor     DLJ Mortgage Capital, Inc mwaldt@milsteadlaw.com
            Miriam Rosenblatt     on behalf of Creditor     Green Tree Servicing LLC mrosenblatt@rasflaw.com
            Ryan A. Gower     on behalf of Creditor     Astoria Federal Savings and Loan Association bkecf@milsteadlaw.com
                                                                                                                                                        TOTAL: 16