Certificate Number: 01267-NJ-DE-030273744

Bankruptcy Case Number: 13-15214



01267-NJ-DE-030273744

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 7, 2017</u>, at <u>12:01</u> o'clock <u>AM CST</u>, <u>Angelica D Campbell</u> completed a course on personal financial management given <u>by internet</u> by <u>Money Management International, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>December 7, 2017</u>          By:     <u>/s/Cristina Gonzalez</u>

Name:   <u>Cristina Gonzalez</u>

Title:  <u>Counselor</u>