| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Karen B. Olson, Esq.<br>Knuckles, Komosinski & Manfro, LLP<br>565 Taxter Road, Suite 590<br>Elmsford, NY 10523<br>Phone: (914) 345-3020<br>E-Fax (914) 992-9154<br>kbo@kkmllp.com | <u>**NOTICE OF APPEARANCE**</u> |
| **In Re:**<br><br>**Angelica Campbell,** | Case No.:    13-15214-RG<br>Chapter:     13<br>Hearing Date:<br>Judge:        Rosemary Gambardella |

      PLEASE TAKE NOTICE THAT Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-11TT appears herein by its counsel, Law Offices of KNUCKLES, KOMOSINSKI & MANFRO, LLP and demands pursuant to Rules 2002 and 9007 of the Bankruptcy Rules that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

**Law Offices of**
**Knuckles, Komosinski & Manfro, LLP**
**565 Taxter Road, Suite 590**
**Elmsford, NY 10523**
**(914) 345-3020**

      PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without

limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which may affect or seek to affect in any way any rights or interests of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-11TT with respect to the Debtor's property or proceeds thereof in which the Debtor may claim an interest.

Dated:     Elmsford, NY
           January 15, 2018

>                     Law Offices of Knuckles, Komosinski & Manfro, LLP
>                     Attorneys for Wilmington Savings Fund Society, FSB,
>                     doing business as Christiana Trust, not in its individual
>                     capacity, but solely as trustee for BCAT 2014-11TT
>
>                     By: _____
>                         Karen B. Olson, Esq.
>                         565 Taxter Road, Suite 590
>                         Elmsford, NY 10523
>                         Phone: (914) 345-3020
>                         kbo@kkmllp.com

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Karen B. Olson, Esq.<br>Knuckles, Komosinski & Manfro, LLP<br>565 Taxter Road, Suite 590<br>Elmsford, NY 10523<br>Phone: (914) 345-3020<br>E-Fax (914) 992-9154<br>kbo@kkmllp.com<br>In Re:<br><br>Angelica Campbell | |
|---|---|
| Case No.: | 13-15214-RG |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Rosemary Gambardell |

## CERTIFICATION OF SERVICE

1. I, _____Te-Ga Hamm_____ :

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for __Karen B. Olson, Esq.__, who represents the ____Creditor____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __January 15, 2018__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Notice of Withdrawal of Motion for Relief from Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __January 15, 2018__                 /s/ Te-Ga Hamm
                                                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Angelica Campbell<br>80 Washington Court<br>Towaco, NJ 07082 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| John A. Lipowski<br>60 Washington St.<br>PO Box 204<br>Morristown, NJ 07963 | Debtor's Attorney | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |