| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re: Angelica CAMPBELL, Debtor | Case No.: | 13-15214 |
| | Chapter: | 13 |
| | Judge: | RG |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Angelica CAMPBELL_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: April    2018                         _____Campbell_____
                                                         Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a **completed** Certification in Support of Discharge.

rev.6/16/17