**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Angelica Campbell** | Social Security number or ITIN   xxx–xx–5241 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   13–15214–RG

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Angelica Campbell

6/5/18

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-15214-RG
Angelica Campbell                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3           Date Rcvd: Jun 05, 2018
                             Form ID: 3180W            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2018.
db              +Angelica Campbell,    80 Washington Court,    Towaco, NJ 07082-1267
cr              +Green Tree Servicing LLC,    Robertson, Anschutz, & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr              +OCWEN LOAN SERVICING AS THE SERVICER OF THE TRUST,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +Ocwen Loan Servicing LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr              +Ocwen Loan Servicing, LLC, servicer for Wilmington,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
intp            +Selene Finance,    Brandi Cottrell,    9990 Richmond Ave.,    St 400 South,
                 Houston, TX 77042-4559
cr              +Wilmington Savings Fund Society, FSB, doing busine,    Knuckles, Komosinski & Manfro, LLP,
                 50 Tice Blvd,    Woodcliff, NJ 07677-7654
513756951        American Home Bank, NA,    835 Estelle Drive,    Lancaster, PA 17601
513756952       +Astoria Federal Savings and Loan Assn.,    Attn. Stern, Lavinthal, Frankenberg,
                 & Norgaard, LLC,    105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
514032847       +Astoria Federal Savings and Loan Association,    1 Corporate Drive,    Suite 360,
                 Lake Zurich, IL 60047-8945
513756954       +CHL Holdings,    467 US Highway 27,    Lake Placid, FL 33852-6839
513756955       +GMAC,    PO Box 4622,    Waterloo, IA 50704-4622
513756956       +GMAC Mortgage,    PO Box 4622,    Waterloo, IA 50704-4622
513842005       +NATIONSTAR MORTAGE,LLC,    ATTN:BANKRUPTCY DEPARTMENT,    PO BOX 630267,
                 IRVING,TEXAS 75063-0116
513965033      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
                 PO Box 630267,    Irving, Texas 75063)
514020937       +Ocwen Loan Servicing LLC,    1100 Virginia Drive, Suite 175,    Attn: Bankruptcy Department,
                 Fort Washington, PA 19034-3278
514423867       +Ocwen Loan Servicing LLC et al,    Ocwen Loan Servicing LLC,    1661 Worthington Road,
                 Suite 100,    West Palm Beach, FL 33409-6493
514878904       +Ocwen Loan Servicing, LLC,    1100 Virginia Drive,    Suite 175,    Fort Washington, PA 19034-3278
514878905       +Ocwen Loan Servicing, LLC,    1100 Virginia Drive,    Suite 175,    Fort Washington, PA 19034,
                 Ocwen Loan Servicing, LLC,    1100 Virginia Drive 19034-3278
513808484       +PMI Mortgage Insurance Co.,    Spencer & Associates,    155 Madison St., Ste. 200,
                 Denver, CO 80206-5428
513756961       +PMI Mortgage Insurance Co.,    Attn. Maurice & Needleman, PC,
                 5 Walter E. Foran Blvd., SUite 200,    Flemington, NJ 08822-4678
513756962       +Resorts USA,    PO Box 447,    Bushkill, PA 18324-0447
513756965       +Tastlie R. Campbell,    3515 Arsenal Court, Apt. 203,    Charlotte, NC 28273-3998
513756972       +The L & L Company,    7459 Mason King Court,    Manassas, VA 20109-5220
515474688       +Wilmington Savings Fund Society, FSB,    c/o Selene Finance LP,    9990 Richmond Avenue,
                 Suite 400S,    Houston, TX 77042-8500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 05 2018 23:14:44     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 05 2018 23:14:42     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513756953        EDI: BANKAMER.COM Jun 06 2018 02:53:00     Bank of America,    PO Box 982235,
                 El Paso, TX 79998-2235
515085201        E-mail/Text: bkteam@selenefinance.com Jun 05 2018 23:14:07     DLJ Mortgage Capital, Inc.,
                 c/o Selene Finance, LP,    P.O. Box 422039,    Houston, TX 77242-4239
515085202       +E-mail/Text: bkteam@selenefinance.com Jun 05 2018 23:14:07     DLJ Mortgage Capital, Inc.,
                 c/o Selene Finance, LP,    P.O. Box 422039,    Houston, TX 77242-4239,
                 DLJ Mortgage Capital, Inc.,    c/o Selene Finance, LP 77242-4239
513780112       +EDI: TSYS2.COM Jun 06 2018 02:53:00     Department Stores National Bank/Visa,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
514082700       +EDI: RMSC.COM Jun 06 2018 02:53:00     Green Tree Servicing LLC,
                 7340 S. Kyrene Rd. Recovery Dept. T-120,    Tempe, AZ 85283-4573
513892004        EDI: JEFFERSONCAP.COM Jun 06 2018 02:53:00     JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302
513892005        EDI: JEFFERSONCAP.COM Jun 06 2018 02:53:00     JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302,    JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302
513756957       +EDI: TSYS2.COM Jun 06 2018 02:53:00     Macy's/DSNB,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
513756960       +EDI: WFNNB.COM Jun 06 2018 02:53:00     New York & Company/Comenity Bank,
                 220 West Schrock Road,    Westerville, OH 43081-2873
513898904        EDI: Q3G.COM Jun 06 2018 02:53:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
513825257       +E-mail/Text: bncmail@w-legal.com Jun 05 2018 23:14:53     TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513756964       +EDI: WTRRNBANK.COM Jun 06 2018 02:53:00     Target,    PO Box 9745,    Minneapolis, MN 55440-6666
513756973       +EDI: WFFC.COM Jun 06 2018 02:53:00     Wells Fargo Bank,    PO Box 14517,
                 Des Moines, IA 50306-3517

```
District/off: 0312-2          User: admin              Page 2 of 3            Date Rcvd: Jun 05, 2018
                              Form ID: 3180W           Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
513878560      +EDI: WFFC.COM Jun 06 2018 02:53:00     Wells Fargo Bank, NA,    1 home Campus,   MAC X2303-01A,
                Des Moines, IA 50328-0001
515433727      E-mail/Text: bkteam@selenefinance.com Jun 05 2018 23:14:07
                Wilmington Savings Fund Society, FSB,   c/o Selene Finance, LP,   P.O. Box 422039,
                Houston, TX 77242-4239
515433728      +E-mail/Text: bkteam@selenefinance.com Jun 05 2018 23:14:07
                Wilmington Savings Fund Society, FSB,   c/o Selene Finance, LP,   P.O. Box 422039,
                Houston, TX 77242-4239,   Wilmington Savings Fund Society, FSB,
                c/o Selene Finance, LP 77242-4239
                                                                                TOTAL: 18
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513756958*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC,   POB 619096,   Dallas, TX  75261-9741)
513756959*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC,   POB 619096,   Dallas, TX  75261-9741)
514087598*    +Ocwen Loan Servicing, LLC,    1100 Virginia Drive, Suite 175,   Attn: Bankruptcy Department,
               Fort Washington, PA 19034-3278
513756963*    +Resorts USA,   PO Box 447,   Bushkill, PA 18324-0447
513756966*    +Tastlie R. Campbell,   3515 Arsenal Court, Apt. 203,   Charlotte, NC 28273-3998
513756967*    +Tastlie R. Campbell,   3515 Arsenal Court, Apt. 203,   Charlotte, NC 28273-3998
513756968*    +Tastlie R. Campbell,   3515 Arsenal Court, Apt. 203,   Charlotte, NC 28273-3998
513756969*    +Tastlie R. Campbell,   3515 Arsenal Court, Apt. 203,   Charlotte, NC 28273-3998
513756970*    +Tastlie R. Campbell,   3515 Arsenal Court, Apt. 203,   Charlotte, NC 28273-3998
513756971*    +Tastlie R. Campbell,   3515 Arsenal Court, Apt. 203,   Charlotte, NC 28273-3998
                                                          TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
```
        Andrew L. Spivack   on behalf of Creditor    OCWEN LOAN SERVICING AS THE SERVICER OF THE TRUST
         CITIBANK, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF SACO I TRUST 2006-7, MORTGAGE-BACKED
         CERTIFICATES, SERIES 2006-7 nj.bkecf@fedphe.com
        Andrew L. Spivack   on behalf of Creditor    Ocwen Loan Servicing LLC nj.bkecf@fedphe.com
        Andrew L. Spivack   on behalf of Creditor    Ocwen Loan Servicing, LLC, servicer for Wilmington
         Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for SACO I Trust
         2006-7, Mortgage-Backed Certificates, Series 2006-7 nj.bkecf@fedphe.com
        Andrew M. Lubin   on behalf of Creditor    Wilmington Savings Fund Society, FSB
         bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
        Andrew M. Lubin   on behalf of Creditor    Wilmington Savings Fund Society, FSB, Doing Business as
         Christiana Trust, Not In Its Individual Capacity, But Solely As Trustee For BCAT 2014-11TT
         bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
        Andrew M. Lubin   on behalf of Creditor    Astoria Federal Savings and Loan Association
         bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
        David H. Lipow   on behalf of Creditor    Astoria Federal Savings and Loan Association
         bkecf@milsteadlaw.com,  dlipow@milsteadlaw.com
        Denise E. Carlon   on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
         Et Al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Jeanette F. Frankenberg   on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
         New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
         cmecf@sternlav.com
        John A. Lipowski   on behalf of Debtor Angelica  Campbell jal1001@aol.com
        Joshua I. Goldman   on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
         York, Et Al... jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3            Date Rcvd: Jun 05, 2018
                              Form ID: 3180W           Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Doing Business as
        Christiana Trust, Not In Its Individual Capacity, But Solely As Trustee For BCAT 2014-11TT
        kbo@kkmllp.com,   nmm@kkmllp.com
        Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
        Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-11TT c/o
        Knuckles, Komosinski & Manfro, LP kbo@kkmllp.com,   nmm@kkmllp.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Matthew C. Waldt    on behalf of Creditor    DLJ Mortgage Capital, Inc mwaldt@milsteadlaw.com
        Miriam  Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com,
        mrosenblatt@rasflaw.com
        Ryan A. Gower    on behalf of Creditor    Astoria Federal Savings and Loan Association
        bkecf@milsteadlaw.com

                                                      TOTAL: 17