UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JOHN A. LIPOWSKI, ESQ. (JAL-5713)
60 Washington Street
PO Box 204
Morristown, NJ 07963-0204
(973) 540-9127
(973) 540-9128 (fax)
jal1001@aol.com

In Re:

Angelica CAMPBELL,

                Debtor

Case No.: 13-15214

Chapter: 13

Adv. No.:

Hearing Date: 8/15/18

Judge: RG

## CERTIFICATION OF SERVICE

1. I, John A. Lipowski :

   ☒ represent the debtor, Angelica Campbell, in the this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On July 26, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Motion                          Certification
   Statement of Why no Brief is Necessary    Proposed Order
   Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 26, 2018

Signature: /s/ John A. Lipowski

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| American Home Bank, NA<br>835 Estelle Drive<br>Lancaster, PA 17601 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Astoria Federal Savings & Loan Assn.<br>Attn. Stern, Lavinthal & Frankenberg<br>105 Eisenhower Parkway, Suite 302<br>Roseland, NJ 07068 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CHL Holdings<br>467 US Highway 27<br>Lake Placid, FL 33852 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| GMAC<br>PO Box 4622<br>Waterloo, IA 50704 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| GMAC Mortgage<br>PO Box 4622<br>Waterloo, IA 50704 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Macy's/DSNB<br>9111 Duke Boulevard<br>Mason, OH 45040 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Nationstar Mortgage, LLC<br>350 Highland Drive<br>Lewisville, TX 75067 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New York & Company/Comenity Bank<br>220 West Schrock Road<br>Westerville, OH 43081 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Resorts USA<br>PO Box 447<br>Bushkill, PA 18324 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Tastile R. Campbell<br>3515 Arsenal Court, Apt. 203<br>Charlotte, NC 28273-1006 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Target<br>PO Box 9745<br>Minneapolis, MN 55440 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

rev.8/1/15

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| The L & L Company<br>7459 Mason King Court<br>Manassas, VA 20109 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Wells Fargo Bank<br>PO Box 14517<br>Des Moines, IA 50306 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*