| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT — Proposed Order<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>JOHN A. LIPOWSKI, ESQ. (JAL-5713)<br>60 Washington Street<br>PO Box 204<br>Morristown, NJ 07963-0204<br>(973) 540-9127<br>(973) 540-9128 (fax)<br>jal1001@aol.com | FILED<br>JEANNE A. NAUGHTON, CLERK<br>AUG 20 2018<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY_____ DEPUTY |
| In Re:<br><br>Angelica CAMPBELL,<br><br>                              Debtor | Case No.:         13-15214<br>Hearing Date:   August 15, 2018<br>Judge:              RG<br>Chapter:           13 |

| Recommended Local Form:    ☐ Followed    ☒ Modified |
|---|

### ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

8/20/18

Upon the motion of <u>John A. Lipowski, att. for debtor Angelica Campbell</u>, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☒ The case shall be reviewed within __60__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

Debtor's Motion to Cancel and Discharge Lien shall be filed within *30* days.

rev.8/1/15

2