Proposed Order

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| JOHN A. LIPOWSKI, ESQ. (JAL-5713)<br>60 Washington Street<br>PO Box 204<br>Morristown, NJ 07963-0204<br>(973) 540-9127<br>(973) 540-9128 (fax)<br>jal1001@aol.com | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>AUG 20 2018<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY_____ DEPUTY |
| In Re:<br><br>Angelica CAMPBELL,<br><br>Debtor | Case No.: 13-15214<br>Hearing Date: August 15, 2018<br>Judge: RG<br>Chapter: 13 |

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

8/20/18

Upon the motion of __John A. Lipowski, att. for debtor Angelica Campbell__, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☒ The case shall be reviewed within __60__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

Debtor's Motion to Cancel and Discharge Lien shall be filed within 30 days.

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:   
Angelica Campbell   
    Debtor

Case No. 13-15214-RG   
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Aug 21, 2018   
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2018.   
db          +Angelica Campbell,    80 Washington Court,    Towaco, NJ 07082-1267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.   
NONE.                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****   
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.   
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2018 at the address(es) listed below:   
       Andrew L. Spivack    on behalf of Creditor    Ocwen Loan Servicing, LLC, servicer for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for SACO I Trust 2006-7, Mortgage-Backed Certificates, Series 2006-7 nj.bkecf@fedphe.com   
       Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING AS THE SERVICER OF THE TRUST CITIBANK, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF SACO I TRUST 2006-7, MORTGAGE-BACKED CERTIFICATES, SERIES 2006-7 nj.bkecf@fedphe.com   
       Andrew L. Spivack    on behalf of Creditor    Ocwen Loan Servicing LLC nj.bkecf@fedphe.com   
       Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Doing Business as Christiana Trust, Not In Its Individual Capacity, But Solely As Trustee For BCAT 2014-11TT bkecf@milsteadlaw.com, alubin@milsteadlaw.com   
       Andrew M. Lubin    on behalf of Creditor    Astoria Federal Savings and Loan Association bkecf@milsteadlaw.com, alubin@milsteadlaw.com   
       Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkecf@milsteadlaw.com, alubin@milsteadlaw.com   
       David H. Lipow    on behalf of Creditor    Astoria Federal Savings and Loan Association bkecf@milsteadlaw.com, dlipow@milsteadlaw.com   
       Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com   
       Jeanette F. Frankenberg    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 cmecf@sternlav.com   
       John A. Lipowski    on behalf of Debtor Angelica   Campbell jal1001@aol.com   
       Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com   
       Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Doing Business as Christiana Trust, Not In Its Individual Capacity, But Solely As Trustee For BCAT 2014-11TT kbo@kkmllp.com, nmm@kkmllp.com   
       Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-11TT c/o Knuckles, Komosinski & Manfro, LP kbo@kkmllp.com, nmm@kkmllp.com   
       Marie-Ann Greenberg    magecf@magtrustee.com   
       Matthew C. Waldt    on behalf of Creditor    DLJ Mortgage Capital, Inc mwaldt@milsteadlaw.com   
       Miriam Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com   
       Ryan A. Gower    on behalf of Creditor    Astoria Federal Savings and Loan Association bkecf@milsteadlaw.com

                                                                                                           TOTAL: 17