UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JOHN A. LIPOWSKI, ESQ. (JAL-5713)
60 Washington Street
PO Box 204
Morristown, NJ 07963-0204
(973) 540-9127
(973) 540-9128 (fax)
jal1001@aol.com

Case No.: 13-15214

Chapter: 13

In Re:

Angelica CAMPBELL,

Debtor

Adv. No.:

Hearing Date: 10/03/18

Judge: RG

## CERTIFICATION OF SERVICE

1. I, John A. Lipowski :

    ☒ represent the debtor, Angelica Campbell, in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On September 10, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Motion
    Statement of Why no Brief is Necessary

    Certification in Support of Motion
    Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 10, 2018

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Trustee | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Keith Schraad, Interim Director<br>Arizona Department of Insurance<br>100 North 15th Avenue, Suite 102<br>Phoenix, AZ 85007-2624<br><br>CM, rrr # 7014 1820 0000 0122 4868 | receiver for PMI Mortgage Insurance Co. | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Maurice Wulster, LLP<br>5 Walter E. Foran Blvd., Suite 2007<br>Flemington, NJ 08822<br><br>CM, rrr # 7014 1820 0000 0122 4875 | New Jersey attorneys for PMI Mortgage Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Chad A. Spencer, Esq.<br>Spencer & Associates, LLC<br>155 Madison Streeet, Suite 200<br>Denver, CO 80206<br><br>CM, rrr # 7014 1820 0000 0122 4882 | attorney for PMI Mortgage Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |





