Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 13−15214−RG
                    Chapter: 13
                    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angelica Campbell
   80 Washington Court
   Towaco, NJ 07082

Social Security No.:
   xxx−xx−5241

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 15, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 99 − 97
Order Granting Motion to Cancel and Discharge Mortgage or Lien RE: PMI Mortgage Insurance Company. (Related Doc # 97). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/12/2018. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 15, 2018
JAN: car

                                                             Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-15214-RG
Angelica Campbell                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Oct 15, 2018
                              Form ID: orderntc        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
db          +Angelica Campbell,    80 Washington Court,    Towaco, NJ 07082-1267
cr          +Green Tree Servicing LLC,    Robertson, Anschutz, & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr          +OCWEN LOAN SERVICING AS THE SERVICER OF THE TRUST,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr          +Ocwen Loan Servicing LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
cr          +Ocwen Loan Servicing, LLC, servicer for Wilmington,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
intp        +Selene Finance,    Brandi Cottrell,    9990 Richmond Ave.,    St 400 South,
              Houston, TX 77042-4559
cr          +Wilmington Savings Fund Society, FSB, doing busine,    Knuckles, Komosinski & Manfro, LLP,
              50 Tice Blvd,    Woodcliff, NJ 07677-7654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING AS THE SERVICER OF THE TRUST
               CITIBANK, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF SACO I TRUST 2006-7, MORTGAGE-BACKED
               CERTIFICATES, SERIES 2006-7 nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ocwen Loan Servicing LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ocwen Loan Servicing, LLC, servicer for Wilmington
               Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for SACO I Trust
               2006-7, Mortgage-Backed Certificates, Series 2006-7 nj.bkecf@fedphe.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Doing Business as
               Christiana Trust, Not In Its Individual Capacity, But Solely As Trustee For BCAT 2014-11TT
               bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    Astoria Federal Savings and Loan Association
               bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              David H. Lipow    on behalf of Creditor    Astoria Federal Savings and Loan Association
               bkecf@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
               New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
               cmecf@sternlav.com
              John A. Lipowski    on behalf of Debtor Angelica  Campbell jal1001@aol.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Karen B. Olson    on behalf of Creditor    Wilmenton Savings Fund Society, FSB, Doing Business as
               Christiana Trust, Not In Its Individual Capacity, But Solely As Trustee For BCAT 2014-11TT
               kbo@kkmllp.com, nmm@kkmllp.com
              Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-11TT c/o
               Knuckles, Komosinski & Manfro, LP kbo@kkmllp.com, nmm@kkmllp.com

```
District/off: 0312-2           User: admin                Page 2 of 2                  Date Rcvd: Oct 15, 2018
                               Form ID: orderntc          Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Marie-Ann Greenberg    magecf@magtrustee.com
          Matthew C. Waldt    on behalf of Creditor   DLJ Mortgage Capital, Inc mwaldt@milsteadlaw.com
          Miriam Rosenblatt    on behalf of Creditor   Green Tree Servicing LLC bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
          Ryan A. Gower    on behalf of Creditor   Astoria Federal Savings and Loan Association
           bkecf@milsteadlaw.com

                                                                                                                          TOTAL: 17