| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>JOHN A. LIPOWSKI, ESQ.  (JAL-5713)<br>60 Washington Street<br>PO Box 204<br>Morristown, NJ 07963-0204<br>(973) 540-9127<br>(973) 540-9128 (fax)<br>jal1001@aol.com | Order Filed on October 12, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Angelica CAMPBELL,<br><br>                               Debtor | Case No:       13-15214<br><br>Chapter:            13<br><br>Hearing Date:   October 3, 2018<br><br>Judge:             RG |

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ MORTGAGE     ☒ LIEN     ☐ OTHER (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 12, 2018**

_Rosemary Gambardella_
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 80 Washington Court, Towaco, NJ 07082

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: PMI Mortgage Insurance Company
b. Current Assignee: PMI Mortgage Insurance Company
c. Current Servicer: n/a
d. Date of Mortgage/Lien: June 27, 2011
e. Date of Recordation: August 17, 2011
f. Place of Recordation: Clerk, Superior Court of New Jersey (Judgment Section)
   i. Mortgage Book: Judgment Number: J-238550-2011
   ii. Page: n/a

g. Original Principal Balance of Mortgage/Lien: $ 27,132.61

---

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

---

rev.12/1/17

2

United States Bankruptcy Court
District of New Jersey

In re:
Angelica Campbell
    Debtor

Case No. 13-15214-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 15, 2018
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2018.
db     +Angelica Campbell,    80 Washington Court,    Towaco, NJ 07082-1267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2018 at the address(es) listed below:

    Andrew L. Spivack    on behalf of Creditor    Ocwen Loan Servicing, LLC, servicer for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for SACO I Trust 2006-7, Mortgage-Backed Certificates, Series 2006-7 nj.bkecf@fedphe.com
    Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING AS THE SERVICER OF THE TRUST CITIBANK, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF SACO I TRUST 2006-7, MORTGAGE-BACKED CERTIFICATES, SERIES 2006-7 nj.bkecf@fedphe.com
    Andrew L. Spivack    on behalf of Creditor    Ocwen Loan Servicing LLC nj.bkecf@fedphe.com
    Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Doing Business as Christiana Trust, Not In Its Individual Capacity, But Solely As Trustee For BCAT 2014-11TT bkecf@milsteadlaw.com, alubin@milsteadlaw.com
    Andrew M. Lubin    on behalf of Creditor    Astoria Federal Savings and Loan Association bkecf@milsteadlaw.com, alubin@milsteadlaw.com
    Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkecf@milsteadlaw.com, alubin@milsteadlaw.com
    David H. Lipow    on behalf of Creditor    Astoria Federal Savings and Loan Association bkecf@milsteadlaw.com
    Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Jeanette F. Frankenberg    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 cmecf@sternlav.com
    John A. Lipowski    on behalf of Debtor Angelica  Campbell jal1001@aol.com
    Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
    Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Doing Business as Christiana Trust, Not In Its Individual Capacity, But Solely As Trustee For BCAT 2014-11TT kbo@kkmllp.com, nmm@kkmllp.com
    Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-11TT c/o Knuckles, Komosinski & Manfro, LP kbo@kkmllp.com, nmm@kkmllp.com
    Marie-Ann  Greenberg    magecf@magtrustee.com
    Matthew C. Waldt    on behalf of Creditor    DLJ Mortgage Capital, Inc mwaldt@milsteadlaw.com
    Miriam  Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
    Ryan A. Gower    on behalf of Creditor    Astoria Federal Savings and Loan Association bkecf@milsteadlaw.com

    TOTAL: 17